IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MP III HOLDINGS, INC., PETER C. MORSE, and R. BRUCE DALGLISH, <br> Plaintiffs, <br><br> v. <br><br> THE HARTFORD CAS. INSURANCE CO., <br> Defendant. | CIVIL ACTION <br><br><br><br><br> NO. 08-CV-4958 |

## ORDER

AND NOW, this 30th day of June, 2011, upon consideration of the parties' cross motions for summary judgment (Doc. No. 69—Plaintiffs; Doc. No. 70—Defendant), the respective responses thereto, (Doc. No. 72—Plaintiffs, Doc. No. 71—Defendant), the parties' replies in further support of the motions (Doc. No 78—Plaintiffs; Doc. No 79—Defendant), Plaintiffs' supplemental brief (Doc. No. 83), and Defendant's response thereto (Doc. No. 84), Defendant's supplemental brief (Doc. No. 87), and Plaintiffs' response thereto (Doc. No. 89), and for the reasons set forth in the accompanying memorandum of this same date, it is hereby ORDERED that Plaintiffs' motion (Doc. No. 69) is DENIED and Defendant's motion (Doc. No. 70) is GRANTED. The Clerk of the Court is directed to close the matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.